**Paystub**

**Nortap Technology Inc , DBA Leap Event Technology**

Pay Period: Oct 12, 2025 - Oct 25, 2025 · **Pay Date: Oct 31, 2025**

| $606.57 | $77.99 (13%) | $0.00 (0%) | $528.58 (87%) |
|---|---|---|---|
| Total Gross Pay | Taxes | Deductions | Take-Home Pay |

**You:**
Christopher Miraglia
418 Laurel Run Est
Laurel Run, PA 18706-7616

Employee #: 400137
SSN: X-8055

**Employer:**
Nortap Technology Inc , DBA Leap Event
Technology
10675 Perry Highway
Wexford, PA 15090
6462240712

Federal EIN: 852842168

**Taxable Earnings**

| Pay Type | Hours | Pay Per Hour | Total This Period | Wages YTD |
|---|---|---|---|---|
| Regular | 39.13 | $15.50 | $606.57 | $14,358.35 |
| Worked Hours | 39.13 | - | - | - |
| **Total Taxable Earnings** | **39.13** | | **$606.57** | **$14,358.35** |

**Taxes**

| Tax Type | Taxes This Period | Wages This Period | Taxes YTD | Wages YTD |
|---|---|---|---|---|
| Federal | $2.96 | $606.57 | $180.70 | $14,358.35 |
| Medicare | $8.80 | $606.57 | $208.20 | $14,358.35 |
| PA-UI-EE | $0.42 | $606.57 | $10.05 | $14,358.35 |
| PA-Wilkes Bar LST | $2.00 | $606.57 | $44.00 | $14,358.35 |
| PA-Wilkes Barre EIT | $7.58 | $606.57 | $179.49 | $14,358.35 |
| Social Security | $37.61 | $606.57 | $890.22 | $14,358.35 |
| State (PA) | $18.62 | $606.57 | $440.77 | $14,358.35 |
| **Total Taxes Paid** | **$77.99** | | **$1,953.43** | |

**Federal -** Filing Status: Single, or Married Filing Separately; Two Jobs: N/A; Other Income: $0.00; Dependents Amount: $0.00; Extra Withholding: 0.00%
**State -** State: PA; Filing Status: NONE; Exemptions: N/A; Additional Withholding: $0.00

**Time Off Balance (Hours)**

\* Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Sick | 0.00 | 24.00 | 0.00 | 24.00 |
| Covid - 19 | 0.00 | 16.00 | 0.00 | 16.00 |

# Paystub

Pay Period: Sep 28, 2025 - Oct 11, 2025 · **Pay Date: Oct 17, 2025**

| $542.76 | $67.34 (12%) | $0.00 (0%) | $475.42 (88%) |
|---|---|---|---|
| Total Gross Pay | Taxes | Deductions | Take-Home Pay |

**You:**
Christopher Miraglia
418 Laurel Run Est
Laurel Run, PA 18706-7616

Employee #: 400137
SSN: X-8055

**Employer:**
Nortap Technology Inc , DBA Leap Event Technology
10675 Perry Highway
Wexford, PA 15090
6462240712

Federal EIN: 852842168

## Taxable Earnings

| Pay Type | Hours | Pay Per Hour | Total This Period | Wages YTD |
|---|---|---|---|---|
| Regular | 35.02 | $15.50 | $542.76 | $13,751.78 |
| Worked Hours | 35.02 | - | - | - |
| **Total Taxable Earnings** | **35.02** | | **$542.76** | **$13,751.78** |

## Taxes

| Tax Type | Taxes This Period | Wages This Period | Taxes YTD | Wages YTD |
|---|---|---|---|---|
| Federal | $0.00 | $542.76 | $177.74 | $13,751.78 |
| Medicare | $7.87 | $542.76 | $199.40 | $13,751.78 |
| PA-UI-EE | $0.38 | $542.76 | $9.63 | $13,751.78 |
| PA-Wilkes Bar LST | $2.00 | $542.76 | $42.00 | $13,751.78 |
| PA-Wilkes Barre EIT | $6.78 | $542.76 | $171.91 | $13,751.78 |
| Social Security | $33.65 | $542.76 | $852.61 | $13,751.78 |
| State (PA) | $16.66 | $542.76 | $422.15 | $13,751.78 |
| **Total Taxes Paid** | **$67.34** | | **$1,875.44** | |

**Federal -** Filing Status: Single, or Married Filing Separately; Two Jobs: N/A; Other Income: $0.00; Dependents Amount: $0.00; Extra Withholding: 0.00%
**State -** State: PA; Filing Status: NONE; Exemptions: N/A; Additional Withholding: $0.00

## Time Off Balance (Hours)

\* Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Sick | 0.00 | 24.00 | 0.00 | 24.00 |
| Covid - 19 | 0.00 | 16.00 | 0.00 | 16.00 |

**Paystub**

Pay Period: Oct 12, 2025 - Oct 25, 2025 · **Pay Date: Oct 31, 2025**

**Nortap Technology Inc , DBA Leap Event Technology**

| $606.57 | $77.99 (13%) | $0.00 (0%) | $528.58 (87%) |
|---|---|---|---|
| Total Gross Pay | Taxes | Deductions | Take-Home Pay |

**You:**

Christopher Miraglia
418 Laurel Run Est
Laurel Run, PA 18706-7616

Employee #: 400137
SSN: X-8055

**Employer:**

Nortap Technology Inc , DBA Leap Event
Technology
10675 Perry Highway
Wexford, PA 15090
6462240712

Federal EIN: 852842168

**Taxable Earnings**

| Pay Type | Hours | Pay Per Hour | Total This Period | Wages YTD |
|---|---|---|---|---|
| Regular | 39.13 | $15.50 | $606.57 | $14,358.35 |
| Worked Hours | 39.13 | - | - | - |
| **Total Taxable Earnings** | **39.13** | | **$606.57** | **$14,358.35** |

**Taxes**

| Tax Type | Taxes This Period | Wages This Period | Taxes YTD | Wages YTD |
|---|---|---|---|---|
| Federal | $2.96 | $606.57 | $180.70 | $14,358.35 |
| Medicare | $8.80 | $606.57 | $208.20 | $14,358.35 |
| PA-UI-EE | $0.42 | $606.57 | $10.05 | $14,358.35 |
| PA-Wilkes Bar LST | $2.00 | $606.57 | $44.00 | $14,358.35 |
| PA-Wilkes Barre EIT | $7.58 | $606.57 | $179.49 | $14,358.35 |
| Social Security | $37.61 | $606.57 | $890.22 | $14,358.35 |
| State (PA) | $18.62 | $606.57 | $440.77 | $14,358.35 |
| **Total Taxes Paid** | **$77.99** | | **$1,953.43** | |

**Federal -** Filing Status: Single, or Married Filing Separately; Two Jobs: N/A; Other Income: $0.00; Dependents Amount: $0.00; Extra Withholding: 0.00%

**State -** State: PA; Filing Status: NONE; Exemptions: N/A; Additional Withholding: $0.00

**Time Off Balance (Hours)**

\* Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Sick | 0.00 | 24.00 | 0.00 | 24.00 |
| Covid - 19 | 0.00 | 16.00 | 0.00 | 16.00 |

**Paystub**

Pay Period: Sep 14, 2025 - Sep 27, 2025 · **Pay Date: Oct 03, 2025**

| $566.01 | $70.16 (12%) | $0.00 (0%) | $495.85 (88%) |
|---|---|---|---|
| Total Gross Pay | Taxes | Deductions | Take-Home Pay |

**You:**
Christopher Miraglia
418 Laurel Run Est
Laurel Run, PA 18706-7616

Employee #: 400137
SSN: X-8055

**Employer:**
Nortap Technology Inc , DBA Leap Event
Technology
10675 Perry Highway
Wexford, PA 15090
6462240712

Federal EIN: 852842168

## Taxable Earnings

| Pay Type | Hours | Pay Per Hour | Total This Period | Wages YTD |
|---|---|---|---|---|
| Regular | 36.52 | $15.50 | $566.01 | $13,209.02 |
| Worked Hours | 36.52 | - | - | - |
| **Total Taxable Earnings** | **36.52** | | **$566.01** | **$13,209.02** |

## Taxes

| Tax Type | Taxes This Period | Wages This Period | Taxes YTD | Wages YTD |
|---|---|---|---|---|
| Federal | $0.00 | $566.01 | $177.74 | $13,209.02 |
| Medicare | $8.21 | $566.01 | $191.53 | $13,209.02 |
| PA-UI-EE | $0.40 | $566.01 | $9.25 | $13,209.02 |
| PA-Wilkes Bar LST | $2.00 | $566.01 | $40.00 | $13,209.02 |
| PA-Wilkes Barre EIT | $7.08 | $566.01 | $165.13 | $13,209.02 |
| Social Security | $35.09 | $566.01 | $818.96 | $13,209.02 |
| State (PA) | $17.38 | $566.01 | $405.49 | $13,209.02 |
| **Total Taxes Paid** | **$70.16** | | **$1,808.10** | |

**Federal -** Filing Status: Single, or Married Filing Separately; Two Jobs: N/A; Other Income: $0.00; Dependents Amount: $0.00; Extra Withholding: 0.00%
**State -** State: PA; Filing Status: NONE; Exemptions: N/A; Additional Withholding: $0.00

## Time Off Balance (Hours)

\* Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Sick | 0.00 | 24.00 | 0.00 | 24.00 |
| Covid - 19 | 0.00 | 16.00 | 0.00 | 16.00 |

**Paystub**

**Nortap Technology Inc , DBA Leap Event Technology**

Pay Period: Aug 31, 2025 - Sep 13, 2025 · **Pay Date: Sep 19, 2025**

| $643.51 | $86.14 (13%) | $0.00 (0%) | $557.37 (87%) |
|---|---|---|---|
| Total Gross Pay | Taxes | Deductions | Take-Home Pay |

**You:**
Christopher Miraglia
418 Laurel Run Est
Laurel Run, PA 18706-7616

Employee #: 400137
SSN: X-8055

**Employer:**
Nortap Technology Inc , DBA Leap Event
Technology
10675 Perry Highway
Wexford, PA 15090
6462240712

Federal EIN: 852842168

## Taxable Earnings

| Pay Type | Hours | Pay Per Hour | Total This Period | Wages YTD |
|---|---|---|---|---|
| Regular | 41.52 | $15.50 | $643.51 | $12,643.01 |
| Worked Hours | 41.52 | - | - | - |
| **Total Taxable Earnings** | **41.52** | | **$643.51** | **$12,643.01** |

## Taxes

| Tax Type | Taxes This Period | Wages This Period | Taxes YTD | Wages YTD |
|---|---|---|---|---|
| Federal | $6.66 | $643.51 | $177.74 | $12,643.01 |
| Medicare | $9.33 | $643.51 | $183.32 | $12,643.01 |
| PA-UI-EE | $0.45 | $643.51 | $8.85 | $12,643.01 |
| PA-Wilkes Bar LST | $2.00 | $643.51 | $38.00 | $12,643.01 |
| PA-Wilkes Barre EIT | $8.04 | $643.51 | $158.05 | $12,643.01 |
| Social Security | $39.90 | $643.51 | $783.87 | $12,643.01 |
| State (PA) | $19.76 | $643.51 | $388.11 | $12,643.01 |
| **Total Taxes Paid** | **$86.14** | | **$1,737.94** | |

**Federal -** Filing Status: Single, or Married Filing Separately; Two Jobs: N/A; Other Income: $0.00; Dependents Amount: $0.00; Extra Withholding: 0.00%
**State -** State: PA; Filing Status: NONE; Exemptions: N/A; Additional Withholding: $0.00

## Time Off Balance (Hours)

\* Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
|---|---|---|---|---|
| Sick | 0.00 | 24.00 | 0.00 | 24.00 |
| Covid - 19 | 0.00 | 16.00 | 0.00 | 16.00 |

# Paystub

Pay Period: Aug 17, 2025 - Aug 30, 2025 · **Pay Date: Sep 05, 2025**

| **$652.50**<br>Total Gross Pay | **$88.13 (14%)**<br>Taxes | **$0.00 (0%)**<br>Deductions | **$564.37 (86%)**<br>Take-Home Pay |
| --- | --- | --- | --- |

**You:**
Christopher Miraglia
418 Laurel Run Est
Laurel Run, PA 18706-7616

Employee #: 400137
SSN: X-8055

**Employer:**
Nortap Technology Inc , DBA Leap Event
Technology
10675 Perry Highway
Wexford, PA 15090
6462240712

Federal EIN: 852842168

## Taxable Earnings

| Pay Type | Hours | Pay Per Hour | Total This Period | Wages YTD |
| --- | --- | --- | --- | --- |
| Regular | 43.50 | $15.00 | $652.50 | $11,999.50 |
| Worked Hours | 43.50 | - | - | - |
| **Total Taxable Earnings** | **43.50** | | **$652.50** | **$11,999.50** |

## Taxes

| Tax Type | Taxes This Period | Wages This Period | Taxes YTD | Wages YTD |
| --- | --- | --- | --- | --- |
| Federal | $7.56 | $652.50 | $171.08 | $11,999.50 |
| Medicare | $9.46 | $652.50 | $173.99 | $11,999.50 |
| PA-UI-EE | $0.46 | $652.50 | $8.40 | $11,999.50 |
| PA-Wilkes Bar LST | $2.00 | $652.50 | $36.00 | $11,999.50 |
| PA-Wilkes Barre EIT | $8.16 | $652.50 | $150.01 | $11,999.50 |
| Social Security | $40.46 | $652.50 | $743.97 | $11,999.50 |
| State (PA) | $20.03 | $652.50 | $368.35 | $11,999.50 |
| **Total Taxes Paid** | **$88.13** | | **$1,651.80** | |

**Federal -** Filing Status: Single, or Married Filing Separately; Two Jobs: N/A; Other Income: $0.00; Dependents Amount: $0.00; Extra Withholding: 0.00%
**State -** State: PA; Filing Status: NONE; Exemptions: N/A; Additional Withholding: $0.00

## Time Off Balance (Hours)

\* Flexible or Unlimited. Does not accrue hours.

| Time Off Category | Used This Period | Earned YTD | Used YTD | Available Balance |
| --- | --- | --- | --- | --- |
| Sick | 0.00 | 24.00 | 0.00 | 24.00 |
| Covid - 19 | 0.00 | 16.00 | 0.00 | 16.00 |