Certificate Number: 17082-PAM-DE-040303960

Bankruptcy Case Number: 25-03198



17082-PAM-DE-040303960

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2025, at 12:05 o'clock PM MST, CHRISTOPHER M MIRAGLIA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   November 12, 2025          By:     /s/Orsolya K Lazar

                                   Name:   Orsolya K Lazar

                                   Title:  Executive Director